| | |
|---|---|
| 1  HOWARD KOLLITZ (State Bar No. 059611)<br>hkollitz@dgdk.com<br>2  STEVEN J. SCHWARTZ (State Bar No. 200586)<br>sschwartz@dgdk.com<br>3  MATTHEW F. KENNEDY (State Bar No. 199485)<br>mkennedy@dgdk.com<br>4  DANNING, GILL, DIAMOND & KOLLITZ, LLP<br>2029 Century Park East, Third Floor<br>5  Los Angeles, California 90067-2904<br>Telephone: (310) 277-0077<br>6  Facsimile: (310) 277-5735<br>7  Attorneys for Richard K. Diamond,<br>Chapter 7 Trustee | **FILED & ENTERED**<br><br>AUG 25 2010<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY egarcia    DEPUTY CLERK<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re ) Case No. 2-08-bk-23318-PC
)
CENTURY CITY DOCTORS HOSPITAL, LLC, ) Chapter 7
)
    Debtor. )
)
RICHARD K. DIAMOND, Chapter 7 Trustee, ) Adv. No. 2:10-ap-02147-PC
)
    Plaintiff, ) **ORDER APPROVING STIPULATION TO**
) **CONTINUE TIME TO RESPOND TO**
    vs. ) **FIRST AMENDED COMPLAINT TO**
) **AVOID & RECOVER VALUE OF**
CAPITAL TEMP FUNDS, INC., ) **PREFERENTIAL TRANSFERS &**
) **FRAUDULENT TRANSFERS AND**
    Defendant. ) **CONTINUE STATUS CONFERENCE**
)
) STATUS CONFERENCE
) Date: September 28, 2010
) Time: 9:30 a.m.
) Ctrm: "1539"
)       255 E. Temple Street
)       Los Angeles, California

    The Stipulation to Continue Time to Respond to First Amended Complaint to Avoid and Recover Value of Preferential Transfers and Fraudulent Transfers and Continue Status Conference (the "Stipulation") was filed with the Court on August 24, 2010. The Court having read and considered the Stipulation and based on the Stipulation:

- 1 -

357970.01 [XP] 0823318A

| | |
|---|---|
| 1 | **IT IS SO ORDERED THAT**: |
| 2 | 1. The Stipulation is approved. |
| 3 | 2. Capital Temp Funds, Inc.'s ("Defendant") deadline to respond to the First Amended Complaint to Avoid and Recover Value of Preferential Transfers and Fraudulent Transfers (the "First Amended Complaint") is hereby extended from August 26, 2010 to September 26, 2010. |
| 6 | 3. Defendant shall file its response to the First Amended Complaint no later than September 26, 2010. |
| 8 | 4. The Status Conference previously set for September 28, 2010 at 9:30 a.m. is continued to October 26, 2010 at 9:30 a.m. in Courtroom 1539. |
| 10 | ### |

DATED: August 25, 2010

_____
United States Bankruptcy Judge

- 2 -

357970.01 [XP] 0823318A

| In re: | | CHAPTER: 7 |
|---|---|---|
| | CENTURY CITY DOCTORS HOSPITAL, LLC | CASE NO.: 2:08-bk-23318-PC |
| | Debtor(s). | ADV. NO: 2:10-ap-02147-SB/PC |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

2029 Century Park East, Third Floor
Los Angeles, California 90067-2904

A true and correct copy of the foregoing document described as **ORDER APPROVING STIPULATION TO CONTINUE TIME TO RESPOND TO FIRST AMENDED COMPLAINT TO AVOID & RECOVER VALUE OF PREFERENTIAL TRANSFERS & FRAUDULENT TRANSFERS AND CONTINUE STATUS CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:** On **August 24, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 24, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follow.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/24/2010 | Mayra Duran | /s/ Mayra Duran |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                                **F 9013-3.1**
357970.01 [XP] 0823318A

| In re:<br>CENTURY CITY DOCTORS HOSPITAL, LLC<br>Debtor(s). | CHAPTER: 7<br>CASE NO.: 2:08-bk-23318-PC<br>ADV. NO: 2:10-ap-02147-SB/PC |
|---|---|

**ADDITIONAL SERVICE INFORMATION (if needed):**

**II.     BY MAIL**

United States Trustee
725 S. Figueroa Street
26th Floor
Los Angeles, CA 90017

**III.    BY MESSENGER**

Honorable Peter H. Carroll
U.S. Bankruptcy Court
255 E. Temple Street
Bin Outside of Suite 1539
Los Angeles, CA 90012

**III     BY EMAIL**
Attorney for Defendant Capital Tem Funds, Inc.
Tom P. Mertens, JMertens@lsl-la.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

357970.01 [XP] 0823318A

| In re:                              | CHAPTER: 7                        |
|-------------------------------------|-----------------------------------|
| CENTURY CITY DOCTORS HOSPITAL, LLC  | CASE NO.: 2:08-bk-23318-PC        |
| Debtor(s).                          | ADV. NO: 2:10-ap-02147-SB/PC      |

### NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and persona/entity (or attorney) who filed an opposition to the requested relief.  <u>DO NOT</u> list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING STIPULATION TO CONTINUE TIME TO RESPOND TO FIRST AMENDED COMPLAINT TO AVOID & RECOVER VALUE OF PREFERENTIAL TRANSFERS & FRAUDULENT TRANSFERS AND CONTINUE STATUS CONFERENCE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order.  As of **August 24 , 2010** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

☑ Service information continued on attached page

**II.    SERVED BY THE COURT VIA U.S. MAIL:**  A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.    TO BE SERVED BY THE LODGING PARTY:**  Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☑ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                    **F 9021-1.1**
357970.01 [XP] 0823318A

| In re: CENTURY CITY DOCTORS HOSPITAL, LLC<br><br>Debtor(s). | CHAPTER: 7<br>CASE NO.: 2:08-bk-23318-PC<br>ADV. NO: 2:10-ap-02147-SB/PC |
|---|---|

## SERVICE LIST FOR ENTERED ORDER

**I.    BY NOTICE OF ELECTRONIC FILING ("NEF")**

Matthew F Kennedy    mkennedy@dgdk.com
Howard Kollitz    HKollitz@DGDK.Com
Leo D Plotkin    lplotkin@lsl-la.com, dsmall@lsl-la.com
Steven J Schwartz    sschwartz@dgdk.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**III    BY EMAIL**
Attorney for Defendant Capital Tem Funds, Inc.
Tom P. Mertens, JMertens@lsl-la.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9021-1.1**
357970.01 [XP] 0823318A