| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Tom Lallas, Esq. (SBN 66512)<br>John P. Mertens, Esq. (SBN 252762)<br>LEVY, SMALL & LALLAS<br>A Partnership Including Professional Corporations<br>815 Moraga Drive<br>Los Angeles, California 90049<br>(310)471-3000<br>Third Party Plaintiff,<br>Attorney for Plaintiff CAPITAL TEMP FUNDS, INC. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: Century City Doctors Hospital, LLC, | CHAPTER 7 |
|---|---|
| | CASE NUMBER 2:08-bk-23318-PC |
| Debtor. | ADVERSARY NUMBER 2:10-ap-2147-PC |
| RICHARD K. DIAMOND, Chapter 7 Trustee,<br>vs.    Plaintiff(s),<br>CAPITAL TEMP FUNDS, INC. *(Additional Parties Attachment form is Attached)<br>Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by **8/29/11**, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| Hearing Date: **9/20/11**    Time: **9:30 AM**    Courtroom: **1539**    Floor: **15** |
|---|
| [X] 255 East Temple Street, Los Angeles     [ ] 411 West Fourth Street, Santa Ana |
| [ ] 21041 Burbank Boulevard, Woodland Hills    [ ] 1415 State Street, Santa Barbara |
| [ ] 3420 Twelfth Street, Riverside |

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: **7/29/11**

KATHLEEN J. CAMPBELL
Clerk of Court
By: _____
Deputy Clerk

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2010 (COA-SA)

F 7004-1
F70041

| In Re: | CASE NUMBER: |
|---|---|
| Century City Doctors Hospital, LLC | 2:08-bk-23318-PC |
| | Adv. No. 2:10-ap-2147-PC |

CAPITAL TEMP FUNDS, INC.,

    Third Party Plaintiff,

vs.

NURSES IN PARTNERSHIP, INC.; INTEGRATED NURSING ALLIANCE, INC.; EPHRAIM BARSAM; and JACK SWINNEY,

    Third Party

BK-9000

F 7004-1

| In re         (SHORT TITLE)              | CASE NO.: 2:08-bk-23318-PC |
|---|---|
| Century City Doctors Hospital, LLC, Debtor(s). | |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described as _____
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____  _____  _____
Date                  Type Name             Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 7004-1

February 2010 (COA-SA)