CSD 3010
Name, Address, Telephone No. & I.D. No.

Tom Lallas, Esq. (SBN 66512)
John P. Mertens, Esq. (SBN 252762)
LEVY, SMALL & LALLAS, A Partnership Including
Professional Corporation
815 Moraga Drive, Los Angeles, CA 90049
Tel# (310)471-3000

**UNITED STATES BANKRUPTCY COURT**
CENTRAL DISTRICT OF CALIFORNIA

In Re  Century City Doctors Hospital, LLC

Debtor.

BANKRUPTCY NO. 2:08-bk-23318-PC

RICHARD K. DIAMOND, Chapter 7 Trustee

Plaintiff(s)

ADVERSARY NO. 2:10-ap-2147-PC

v.  CAPITAL TEMP FUNDS, INC.

Defendants(s)

## PROOF OF SERVICE

I, Keith Mayer, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that I served a copy of the following documents [describe each document served]:
Summons and Notice of Status Conference; Capital Temp Funds, Inc.'s Third Party Complaint; Order Re: Rule 26(f) Meeting, Initial Disclosures, and Rule 16(b) Scheduling Conference

on  08/03/2011    AT   11:32 AM    by:
       [date]

DATE: 9-20-11
TIME: 9:30am
DEPT: 1539

☐ Mail Service - Regular, first class United States mail, postage fully pre-paid, addressed to:

☒ Personal Service - By leaving the documents with the following named person(s) or an officer or agent of the person(s) at:
Ephraim Barsam
22144 Clarendon Street, #100
Woodland Hills, CA 91367

☐ Residence Service - By leaving the documents with the following adult at:

Under penalty of perjury, I declare that the foregoing is true and correct.

August 4, 2011
[Date]                                                    [Signature]

| Print Name | Keith Mayer - Reg# 5961; County: Los Angeles |
|---|---|
| Business Address | Janney and Janney Attorney Service, Inc. - 1545 Wilshire Blvd., #311 |
| City, State, ZIP | Los Angeles, CA 90017 |

CSD 3010