HOWARD KOLLITZ (State Bar No. 059611)
hkollitz@dgdk.com
MATTHEW F. KENNEDY (State Bar No. 199485)
mkennedy@dgdk.com
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067
Telephone:   (310) 277-0077
Facsimile:    (310) 277-5735

Attorneys for Plaintiff, Richard K. Diamond, as
Chapter 7 Trustee

**FILED & ENTERED**

**SEP 09 2011**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egarcia    DEPUTY CLERK

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No. 2:08-bk-23318-PC |
| CENTURY CITY DOCTORS HOSPITAL, LLC, | Chapter 7 |
| Debtor. | |
| RICHARD K. DIAMOND, as Chapter 7 Trustee of the Bankruptcy Estate of Century City Doctors Hospital, LLC, | Adv. No. 2:10-ap-02147-PC |
| | **ORDER APPROVING STIPULATION TO CONTINUE STATUS CONFERENCE HEARINGS** |
| Plaintiff, | |
| vs. | Judge:   Hon. Peter A. Carroll |
| LORRAINE P. AUERBACH, | Date:    September 20, 2011<br>Time:    9:30 a.m. |
| Defendant, | Ctrm.:   1539 |
| CAPITAL TEMP FUNDS, INC., | |
| Plaintiff, | |
| vs. | |
| NURSING IN PARTNERSHIP, INC.; INTEGRATED NURSING ALLIANCE, INC.; EPHRAIM BARSAM; AND JACK SWINNEY, | |
| Defendants. | |

467806.1  0823318A

1

The Stipulation to Continue Status Conference Hearings (the "Stipulation") was filed with the Court on September 2, 2011.  The Court having read and considered the Stipulation and based on the Stipulation:

**IT IS SO ORDERED THAT**:

1. The Stipulation is approved.

2. The Status Conference previously set for September 20, 2011 at 9:30 a.m. is continued to **November 1, 2011** at 9:30 a.m.

###

DATED: September 9, 2011

_____
United States Bankruptcy Judge

467806.1  0823318A                                2

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 2029 Century Park East, Third Floor, Los Angeles, CA 90067.

A true and correct copy of the foregoing document described as **ORDER APPROVING STIPULATION TO CONTINUE STATUS CONFERENCE HEARINGS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

☐ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On September 7, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Via U.S. Mail:**
Hon. Peter H. Carroll, U.S. Bankruptcy Court, Edward R. Roybal Federal Bldg. and Courthouse, 255 E. Temple St., Suite 1534, Los Angeles, CA 90012
Attys for Capital Temp Funds: Leo D Plotkin, John P Mertens, 815 Moraga Drive, Los Angeles, CA 90049
Defendant: Nurses in Partnership, Inc., 22144 Clarendon Street, Suite 100, Woodland Hills, CA 91367
United States Trustee (LA), 725 S. Figueroa Street, 26th Floor, Los Angeles, CA 90017

☐ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 7, 2011 | Barbara Souder | /s/ Barbara Souder |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                              **F 9013-3.1.PROOF.SERVICE**

**NOTE TO USERS OF THIS FORM:**
1. Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2. The title of the judgment or order and all service information must be filled in by the party lodging the order.
3. **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4. **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER APPROVING STIPULATION TO CONTINUE STATUS CONFERENCE HEARINGS** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **September 7, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

Attys for Chapter 7 Trustee: Matthew F Kennedy mkennedy@dgdk.com
Attys for Chapter 7 Trustee: Howard Kollitz HKollitz@DGDK.Com
Attys for Capital Temp Funds: John P Mertens jmertens@lsl-la.com
Attys for Capital Temp Funds: Leo D Plotkin lplotkin@lsl-la.com, dsmall@lsl-la.com
Attys for Chapter 7 Trustee: Steven J Schwartz sschwartz@dgdk.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service Information continued on attached page.

**II. SERVED BY THE COURT VIA U.S. MAIL**: A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Defendant: Nurses in Partnership, Inc., 22144 Clarendon Street, Suite 100, Woodland Hills, CA 91367

☐ Service Information continued on attached page.

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service Information continued on attached page.