# United States Bankruptcy Court
## Central District Of California

### 255 East Temple Street, Los Angeles, CA 90012

| | |
|---|---|
| In re:<br>Century City Doctors Hospital, LLC<br><br><br>Debtor(s). | BANKRUPTCY CASE NO.:  2:08–bk–23318–PC |
| | CHAPTER NO.:  7 |
| Richard K Diamond<br><br>Plaintiff(s).<br>vs.<br>Capital Temp Funds, Inc.<br><br>Defendant(s). | ADVERSARY NO.:  2:10–ap–02147–PC |

## NOTICE THAT CLERK HAS ENTERED DEFAULT AGAINST DEFENDANT(S) UNDER LOCAL BANKRUPTCY RULE 7055–1(a)

On 9/22/2011, a request was filed for the clerk to enter default against defendant(s) **Nurses In Partnership, Inc.**.

Having reviewed the request, the clerk hereby enters default as requested.

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: September 30, 2011

**By: Elaine L. Garcia**
   **Deputy Clerk**

(Form van192–nched VAN–192) Rev. 10/2010                    **54 – 53 / ELG**